UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MORAG BLACK POLASKI, SHAWANA ALMENDAREZ, and NORTH CAROLINA JUSTICE FOR ALL PROJECT, <br><br> Plaintiffs, <br><br> v. <br><br> ERNIE LEE, in his official capacity as District Attorney for the 5th Prosecutorial District of the State of North Carolina; BENJAMIN R. DAVID, in his official capacity as District Attorney for the 6th Prosecutorial District of the State of North Carolina, NANCY LORRIN FREEMAN, in her official capacity as District Attorney for the 10th Prosecutorial District of the State of North Carolina ASHLIE SHANLEY, in her official capacity as District Attorney for the 25th Prosecutorial District of the State of North Carolina; SPENCER B. MERRIWEATHER, III, in his official capacity as District Attorney for the 26th Prosecutorial District for the State of North Carolina, and A. TODD BROWN, in his official capacity as President of the North Carolina State Bar and Chair of the Executive Committee of the State of North Carolina State Bar, <br><br> Defendants. | **JUDGMENT** <br><br> 7:24-CV-4-BO-BM |

**Decision by Court.**
This cause comes before the Court on defendants' joint motion to dismiss plaintiffs' amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' joint motion to dismiss [DE 30] GRANTED.

The complaint is DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on December 16, 2024, and served on:**
Paul Sherman (via CM/ECF NEF)
Christian W. Lansinger (via CM/ECF NEF)
Vince R. Eisinger (via CM/ECF NEF)
Carl M. Newman (via CM/ECF NEF)
Chris D. Agosto Carreiro (via CM/ECF NEF)
Elizabeth O'Brien (via CM/ECF NEF)
Alan W. Duncan (via CM/ECF NEF)
Stephen McDaniel Russell, Jr. (via CM/ECF NEF)

December 16, 2024

PETER A. MOORE, JR., CLERK OF COURT



By: Deputy Clerk