FILED: January 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1038
(7:24-cv-00004-BO-BM)

_____

MORAG BLACK POLASKI; SHAWANA ALMENDAREZ; NORTH CAROLINA JUSTICE FOR ALL PROJECT

    Plaintiffs - Appellants

v.

JOSH STEIN, in his official capacity as Attorney General of North Carolina; ERNIE LEE, in his official capacity as District Attorney for the 5th Prosecutorial District of the State of North Carolina; BENJAMIN R. DAVID, in his official capacity as District Attorney for the 6th Prosecutorial District of the State of North Carolina; NANCY LORRIN FREEMAN, in her official capacity as District Attorney for the 10th Prosecutorial District of the State of North Carolina; ASHLIE SHANLEY, in her official capacity as District Attorney for the 25th Prosecutorial District of the State of North Carolina; SPENCER B. MERRIWEATHER, III, in his official capacity as District Attorney for the 26th Prosecutorial District of the State of North Carolina; A. TODD BROWN, in his official capacity as President of the North Carolina State Bar and Chair of the Executive Committee of the North Carolina State Bar

    Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Wilmington |
|---|---|
| Originating Case Number | 7:24-cv-00004-BO-BM |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 01/10/2025 |
| Appellant(s) | Morag Black Polaski, Shawana Almendarez, and North Carolina Justice For All Project |
| Appellate Case Number | 25-1038 |
| Case Manager | Ganna M. Aboutabl<br>804-916-2702 |